[In Bank — November 30, 1883.]

A. W. REYNOLDS, Petitioner, v. THE SUPERIOR COURT OF THE COUNTY OF LOS ANGELES, Respondent.

CERTIORARI — LAPSE OF TIME. — Where the time to appeal from a judgment or order has elapsed, the remedy by *certiorari* is also barred, unless circumstances of an extraordinary character have intervened, and the excuse for the delay is shown by the application.

CERTIORARI to review a judgment and order made by the Superior Court of Los Angeles County.

The facts are sufficiently stated in the opini

*Walter D. Stephenson,* and *Graves & Chapman,* for Petitioner.

*Bicknell & White,* for Respondent.

PER CURIAM.—By means of *certiorari* the petitioner seeks to call in question the validity of a judgment and an order made and entered considerably more than one year before the presentation of his petition. In *Keys* v. *Marin County,* 42 Cal. 256, it was held that unless circumstances of an extraordinary character be shown to have intervened, the remedy through a writ of *certiorari* should be held to be barred by the lapse of the same length of time that bars an appeal from a final judgment.

In the present case no excuse is shown for the delay in the application.

Writ denied and proceedings dismissed.